| | |
|---|---|
| 1 | MATTHEW RIGHETTI (Cal. State Bar No. 121012) |
| | JOHN GLUGOSKI (Cal. State Bar No. 191551) |
| 2 | MICHAEL RIGHETTI (Cal. State Bar No. 258541) |
| | RIGHETTI·GLUGOSKI, P.C. |
| 3 | 456 Montgomery Street, Suite 1400 |
| | San Francisco, California 94104 |
| 4 | Telephone: (415) 983-0900 |
| | Facsimile: (415) 397-9005 |

Attorneys for Plaintiff
Lisa Ladner

JEFFREY D. WOHL (Cal. State Bar No. 96838)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
EMILY ERDMAN (Cal. State Bar No. 301462)
PAUL HASTINGS LLP
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
justinscott@paullhastings.com
emilyerdman@paullhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON GUZMAN and LISA LADNER, | No. 2:16-CV-00211-JAM-EFB |
| Plaintiffs, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | Judge: Honorable John A. Mendez |
| RITE AID CORPORATION, and DOES 1 through 50, inclusive, | Complaint Filed: May 7, 2015<br>Trial Date: None Set |
| Defendants. | |

Plaintiff Lisa Ladner and defendant Rite Aid Corporation, acting through their respective counsel of record, hereby stipulate that this action may be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, each side to bear its own costs and attorneys' fees.

Dated: November 30, 2017.

MATTHEW RIGHETTI
JOHN GLUGOSKI
MICHAEL RIGHETTI
RIGHETTI·GLUGOSKI, P.C.

By: /s/ *Michael Righetti*
Michael Righetti
Attorneys for Plaintiff
Lisa Ladner

Dated: November 30, 2017.

JEFFREY D. WOHL
JUSTIN M. SCOTT
EMILY ERDMAN
PAUL HASTINGS LLP

By: /s/ *Justin M. Scott*
Justin M. Scott
Attorneys for Defendant
Rite Aid Corporation

LEGAL_US_W # 92081496.1

| | |
|---|---|
| 1 | MATTHEW RIGHETTI (Cal. State Bar No. 121012) |
| | JOHN GLUGOSKI (Cal. State Bar No. 191551) |
| 2 | MICHAEL RIGHETTI (Cal. State Bar No. 258541) |
| | RIGHETTI·GLUGOSKI, P.C. |
| 3 | 456 Montgomery Street, Suite 1400 |
| | San Francisco, California 94104 |
| 4 | Telephone: (415) 983-0900 |
| | Facsimile: (415) 397-9005 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | Lisa Ladner |
| 7 | JEFFREY D. WOHL (Cal. State Bar No. 96838) |
| | JUSTIN M. SCOTT (Cal. State Bar No. 302502) |
| 8 | EMILY ERDMAN (Cal. State Bar No. 301462) |
| | PAUL HASTINGS LLP |
| 9 | 101 California Street, 48th Floor |
| | San Francisco, California 94111 |
| 10 | Telephone: (415) 856-7000 |
| | Facsimile: (415) 856-7100 |
| 11 | jeffwohl@paulhastings.com |
| | justinscott@paulhastings.com |
| 12 | emilyerdman@paullhastings.com |
| 13 | Attorneys for Defendant |
| | Rite Aid Corporation |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON GUZMAN and LISA LADNER,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:16-CV-00211-JAM-EFB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Judge: Honorable John A. Mendez<br><br>Complaint Filed: May 7, 2015<br>Trial Date: None set |

Pursuant to the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: December 1, 2017 **/s/ JOHN A. MENDEZ**

John A. Mendez
United States District Judge